UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MORRIS WILLIAMS,**

   Plaintiff,

v.                                    No. 4:24-cv-0110-P

**MIDLAND CREDIT MANAGEMENT INC.,**

   Defendant.

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge in this case, ECF No. 11, recommending that the Court conclude that Plaintiff failed to properly serve Defendant, but allow Plaintiff an additional opportunity to effectuate service of this suit. ECF No. 11 at 3. Because Plaintiff did not object to the FCR, the Court reviews it for clear error.

Finding that there is no such error in the FCR, the Court **AFFIRMS** its conclusion and **ADOPTS** its reasoning.

Further review of the record indicates that Plaintiff has followed through with the conclusion of the FCR and properly served Defendant since the Magistrate Judges ruling. *See* ECF No. 14. Accordingly, the Court now **DENIES** Defendant's motion to dismiss (ECF No. 5) in full.

**SO ORDERED** on this **9th day of April 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE